TANYA N. LEWIS  (12363)
SNELL & WILMER L.L.P.
15 West Temple, Ste 1200
Salt Lake City, Utah  84101
Telephone:     801.257.1900
Facsimile:      801.257.1800
Email: tlewis@swlaw.com

Attorneys for Defendant
PETSMART, INC.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| TREVOR KELLEY, | ) | **JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT PETSMART, INC.** |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:17-cv-00720-DN |
| | ) | |
| PETSMART, INC., dba PetSmart #1007, | ) | Honorable David Nuffer |
| | ) | |
| Defendant. | ) | ELECTRONICALLY FILED |
| | ) | |

Plaintiff Trevor Kelley ("Plaintiff") and PetSmart, Inc. ("Defendant," collectively with Plaintiff, "Parties") have reached an agreement in principle to resolve all claims against Defendant in the above-captioned matter.  Therefore, Plaintiff and Defendant request that the Court vacate all pending deadlines and filing requirements as to Defendant.  Further, the Parties anticipate filing documents dismissing this matter within forty-five (45) days.

Accordingly, the Parties request that the Court set a deadline forty-five (45) days from today for either: (1) dismissing this action against Defendant with prejudice; or (2) filing a joint status report regarding settlement.

- 2 -

DATED: September 8, 2017

                        SNELL & WILMER L.L.P.


/s/ Tanya N. Lewis
Tanya N. Lewis
*Attorney for Petsmart, Inc.*


/s/ James K. Ord (*with permission*)
James K. Ord
THE ORD FIRM, P.C.
*Attorney for Plaintiff*

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September, 2017, I electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT PETSMART, INC.** using the CM/ECF system of the District Court of the State of Utah which sent notification of such filing to:

> James K. Ord
> THE ORD FIRM, P.C.
> P.O. Box 16266
> Salt Lake City, UT 84116
> Email: james@UtahADALaw.com

DATED: September 8, 2017

*/s/ Tanya N. Lewis*
