IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY, <br><br> Plaintiff, <br><br> v. <br><br> PETSMART, INC., dba PetSmart #1007, <br><br> Defendant. | **ORDER REGARDING** <br> **[7] JOINT NOTICE OF SETTLEMENT** <br><br> Case No. 2:17-cv-00720-DN <br><br> District Judge David Nuffer |

Based upon the Parties' Joint Notice of Settlement Between Plaintiff And Defendant PetSmart, Inc. ("Joint Notice of Settlement"), [1] and good cause appearing therefor,

IT IS HEREBY ORDERED that within forty-five days the Parties must either: (1) seek dismissal of this action; or (2) submit a joint status report regarding the status of the parties' agreement to settle this matter.  IT IS FURTHER ORDERED that all pending deadlines and filing requirements as to Defendant are HEREBY VACATED.

Signed September 11, 2017.

BY THE COURT:

_____
District Judge David Nuffer

---

[1] Joint Notice of Settlement Between Plaintiff and Defendant Petsmart, Inc., docket no. 7, filed September 8, 2017.