TANYA N. LEWIS (12363)
SNELL & WILMER L.L.P.
15 West Temple, Ste 1200
Salt Lake City, Utah 84101
Telephone: 801.257.1900
Facsimile: 801.257.1800
Email: tlewis@swlaw.com

Attorneys for Defendant
PETSMART, INC.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>        Plaintiff,<br><br>v.<br><br>PETSMART, INC., dba PetSmart #1007,<br><br>        Defendant. | **JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:17-cv-00720-DN<br><br>Honorable David Nuffer<br><br>ELECTRONICALLY FILED |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN the undersigned counsel for PLAINTIFF TREVOR KELLEY ("Plaintiff"), and the undersigned counsel for DEFENDANT PETSMART, INC. ("Defendant"), that Plaintiff voluntarily dismisses all causes of action alleged against Defendant with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, all claims of PLAINTIFF TREVOR KELLEY against DEFENDANT PETSMART, INC. are DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii).

4847-0430-7283

- 2 -

DATED this 2nd day of November, 2017

                          SNELL & WILMER

                          By  */s/ Tanya N. Lewis*
                              Tanya N. Lewis
                              *Attorneys for Defendant PetSmart, Inc.*

                          THE ORD FIRM, P.C.

                          By  /s/ *James K. Ord (with permission)*
                              James K. Ord
                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of November, 2017, I electronically filed the foregoing document using the CM/ECF system of the District Court of the State of Utah which sent notification of such filing to:

>James K. Ord
>THE ORD FIRM, P.C.
>P.O. Box 16266
>Salt Lake City, UT 84116
>Email: james@UtahADALaw.com

>By */s/ Tanya N. Lewis*

4847-0430-7283